IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR427 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| COREY M. CARR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Findings and Recommendation (Filing No. 26) issued by Magistrate Judge Thomas D. Thalken recommending denial of the Defendant's motion to suppress (Filing No. 15). No objections have been filed to the Findings and Recommendation as allowed by 28 U.S.C. § 636(b)(1)(C).

The Defendant seeks an order suppressing statements obtained as a result of an interview with law enforcement on November 12, 2009. Judge Thalken concluded: the Defendant was advised of his *Miranda* rights; the Defendant knowingly and voluntarily waived his rights; and the Defendant's statement was voluntarily made.

Notwithstanding the absence of objections, under 28 U.S.C. § 636(b)(1)(C) the Court has conducted a de novo review of the record. The Court has read the parties' briefs and the transcript. The Court has also viewed the evidence. Because Judge fully, carefully, and correctly applied the law to the facts, the Court adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation (Filing No. 26) are adopted in their entirety; and

2.	The Defendant's motion to suppress (Filing No. 15) is denied.

DATED this 23rd day of March, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge