# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:09CR435 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| COREY M. CARR, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 70;

2. The claims raised in the Defendant's § 2255 Motion, ECF No. 70, are summarily denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 17th day of July, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge